UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
§
JEFFREY W MARTENSEN § Case No. 13-02979
JILL T MARTENSEN §
§
§
Debtor(s) §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter     of the United States Bankruptcy Code was filed on     . The undersigned trustee was appointed on             .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                  $

    Funds were disbursed in the following amounts:

    Payments made under an interim disbursement
    Administrative expenses
    Bank service fees
    Other payments to creditors
    Non-estate funds paid to 3rd Parties
    Exemptions paid to the debtor
    Other payments to the debtor

    Leaving a balance on hand of[1]                  $

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was           and the deadline for filing governmental claims was . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $          . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $       as interim compensation and now requests a sum of $         , for a total compensation of $          [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $       , and now requests reimbursement for expenses of $       , for total expenses of $          [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.


Date:_____     By:/s/GREGG SZILAGYI_____
                                         Trustee



**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Exhibit A

| Case No: | 13-02979 JSB | Judge: | Janet S. Baer | Trustee Name: | GREGG SZILAGYI |
|---|---|---|---|---|---|
| Case Name: | JEFFREY W MARTENSEN | | | Date Filed (f) or Converted (c): | 01/25/2013 (f) |
| | JILL T MARTENSEN | | | 341(a) Meeting Date: | 02/25/2013 |
| For Period Ending: | 05/26/2015 | | | Claims Bar Date: | 05/31/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 4425 N. Tripp Ave. Chicago IL 60630 | 290,460.00 | 0.00 | | 0.00 | 0.00 |
| 2. Saving account with Ally | 12.00 | 12.00 | | 0.00 | FA |
| 3. Savings account at Chase | 10.00 | 10.00 | | 0.00 | FA |
| 4. Checking Account at Chase | 46.00 | 46.00 | | 0.00 | FA |
| 5. Checking account at Chase | 118.00 | 118.00 | | 0.00 | FA |
| 6. Misc. household goods and furniture | 2,000.00 | 2,000.00 | | 0.00 | FA |
| 7. Used clothing | 2,000.00 | 0.00 | | 0.00 | 0.00 |
| 8. Jewelry, wedding ring | 9,500.00 | 1,500.00 | | 0.00 | FA |
| 9. Life Insurance Policy through Allstate, no cash surrender va | 0.00 | 0.00 | | 0.00 | 0.00 |
| 10. CHX Fidelity Retirement Account | 374.00 | 0.00 | | 0.00 | 0.00 |
| 11. TradeStation Securities, SEP-IRA | 21,826.00 | 0.00 | | 0.00 | 0.00 |
| 12. No tax refund is expected for 2012 | 0.00 | 0.00 | | 0.00 | 0.00 |
| 13. 2008 Harley Davidson | 9,950.00 | 0.00 | | 5,900.00 | FA |
| 14. 2006 Jeep Commander | 11,500.00 | 0.00 | | 9,100.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $347,796.00 | $3,686.00 | | $15,000.00 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

THIS CASE IS READY TO BE CLOSED AND A TFR WILL BE FILED IN 1Q 2015

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| | |
|---|---|
| Case No: 13-02979 | Trustee Name: GREGG SZILAGYI |
| Case Name: JEFFREY W MARTENSEN | Bank Name: Associated Bank |
| JILL T MARTENSEN | Account Number/CD#: XXXXXX0872 |
| | CHECKING ACCOUNT |
| Taxpayer ID No: XX-XXX8045 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 05/26/2015 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/20/13 | 14 | MARTENSEN, JEFFREY W<br>4425 N. TRIPP AVE.<br>CHICAGO, IL 60630 | JEEP SALE PROCEEDS | 1129-000 | $9,100.00 | | $9,100.00 |
| 08/20/13 | 13 | MARTENSEN, JEFFREY W<br>4425 N. TRIPP AVE.<br>CHICAGO, IL 60630 | HARLEY SALE PROCEEDS | 1129-000 | $5,900.00 | | $15,000.00 |
| 09/09/13 | | Associated Bank | Technology Fee | 2600-000 | | $10.00 | $14,990.00 |
| 10/07/13 | | Associated Bank | Technology Fee | 2600-000 | | $21.56 | $14,968.44 |
| 11/07/13 | | Associated Bank | Technology Fee | 2600-000 | | $22.25 | $14,946.19 |
| 12/06/13 | | Associated Bank | Technology Fee | 2600-000 | | $21.50 | $14,924.69 |
| 01/08/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $22.19 | $14,902.50 |
| 02/07/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $22.16 | $14,880.34 |
| 03/07/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $19.98 | $14,860.36 |
| 04/07/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $22.09 | $14,838.27 |
| 05/07/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $21.35 | $14,816.92 |
| 06/06/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $22.03 | $14,794.89 |
| 07/08/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $21.29 | $14,773.60 |

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*        Page Subtotals:        $15,000.00        $226.40

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: 13-02979 | Trustee Name: GREGG SZILAGYI |
| Case Name: JEFFREY W MARTENSEN | Bank Name: Associated Bank |
| JILL T MARTENSEN | Account Number/CD#: XXXXXX0872 |
| | CHECKING ACCOUNT |
| Taxpayer ID No: XX-XXX8045 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 05/26/2015 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/07/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $21.97 | $14,751.63 |
| 09/08/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $21.93 | $14,729.70 |
| 10/07/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $21.19 | $14,708.51 |
| 11/07/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $21.87 | $14,686.64 |
| 12/05/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $21.13 | $14,665.51 |
| 01/08/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $21.80 | $14,643.71 |
| 02/06/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $21.77 | $14,621.94 |
| 03/06/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $19.63 | $14,602.31 |
| 04/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $21.71 | $14,580.60 |
| 05/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $20.98 | $14,559.62 |

| | | |
|---|---|---|
| COLUMN TOTALS | $15,000.00 | $440.38 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $15,000.00 | $440.38 |
| Less: Payments to Debtors | $0.00 | $0.00 |

UST Form 101-7-TFR (5/1/2011) *(Page: 6)*      Page Subtotals:  $0.00   $213.98

Net $15,000.00    $440.38

Exhibit B

Exhibit B

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0872 - CHECKING ACCOUNT | $15,000.00 | $440.38 | $14,559.62 |
| | $15,000.00 | $440.38 | $14,559.62 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $15,000.00 |
| Total Gross Receipts: | $15,000.00 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 1:13-02979-JSB  
Debtor Name: JEFFREY W MARTENSEN  
Claims Bar Date: 5/31/2013  

Date: May 27, 2015

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | Gregg Szilagyi<br>542 South Dearborn Street<br>Suite 1060<br>Chicago, Illinois 60605 | Administrative | | $0.00 | $2,250.00 | $2,250.00 |
| 100 2200 | Gregg Szilagyi<br>542 South Dearborn Street<br>Suite 1060<br>Chicago, Illinois 60605 | Administrative | | $0.00 | $0.00 | $0.00 |
| 1 300 7100 | Nordstrom fsb<br>P.O. Box 6566<br>Englewood, CO 80155 | Unsecured | | $0.00 | $5,248.65 | $5,248.65 |
| 2 300 7100 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | | $0.00 | $6,713.07 | $6,713.07 |
| 3 300 7100 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | | $0.00 | $1,744.36 | $1,744.36 |
| 4 300 7100 | N. A. Capital One Bank (USA)<br>by American InfoSource LP as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Unsecured | | $0.00 | $23,022.68 | $23,022.68 |
| 5 300 7100 | N. A. Capital One Bank (USA)<br>by American InfoSource LP as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Unsecured | | $0.00 | $17,243.49 | $17,243.49 |
| 6 300 7100 | US BANK N. A.<br>BANKRUPTCY DEPARTMENT<br>P.O. BOX 5229<br>CINCINNATI, OH 45201-5229 | Unsecured | | $0.00 | $20,303.26 | $20,303.26 |
| 7 300 7100 | N. A. FIA CARD SERVICES<br>4161 Piedmont Parkway<br>NC4 105 03 14<br>Greensboro, NC 27410 | Unsecured | | $0.00 | $21,524.27 | $21,524.27 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 1:13-02979-JSB  
Debtor Name: JEFFREY W MARTENSEN  
Claims Bar Date: 5/31/2013  
Date: May 27, 2015

| # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 8 300 7100 | N. A. FIA CARD SERVICES<br>4161 Piedmont Parkway<br>NC4 105 03 14<br>Greensboro, NC  27410 | Unsecured | | $0.00 | $14,988.45 | $14,988.45 |
| 9 300 7100 | N. A. FIA CARD SERVICES<br>4161 Piedmont Parkway<br>NC4 105 03 14<br>Greensboro, NC  27410 | Unsecured | | $0.00 | $9,026.32 | $9,026.32 |
| 10 300 7100 | N. A. FIA CARD SERVICES<br>4161 Piedmont Parkway<br>NC4 105 03 14<br>Greensboro, NC  27410 | Unsecured | | $0.00 | $24,941.35 | $24,941.35 |
| 11 300 7100 | American InfoSource LP as agent for<br>TD Bank, USA<br>PO Box 248866<br>Oklahoma City, OK  73124-8866 | Unsecured | | $0.00 | $7,362.98 | $7,362.98 |
| 12 300 7100 | E*Trade<br>Pob 23356<br>Pittsburgh, PA  15222 | Unsecured | | $0.00 | $17,162.27 | $17,162.27 |
| 13 300 7100 | FSB American Express Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA  19355-0701 | Unsecured | | $0.00 | $903.32 | $903.32 |
| 14 300 7100 | American Express Centurion Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA  19355-0701 | Unsecured | | $0.00 | $1,757.78 | $1,757.78 |
| 15 300 7100 | American Express Centurion Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA  19355-0701 | Unsecured | | $0.00 | $1,027.44 | $1,027.44 |
| 16 300 7100 | eCAST Settlement Corporation, assignee<br>of Chase Bank USA, N.A.<br>POB 29262<br>New York, NY  10087-9262 | Unsecured | | $0.00 | $14,311.25 | $14,311.25 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 1:13-02979-JSB  
Debtor Name: JEFFREY W MARTENSEN  
Claims Bar Date: 5/31/2013  

Date: May 27, 2015

| | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 17 300 7100 | eCAST Settlement Corporation, assignee of Chase Bank USA, N.A. POB 29262 New York, NY 10087-9262 | Unsecured | | $0.00 | $14,013.24 | $14,013.24 |
| 18 300 7100 | eCAST Settlement Corporation, assignee of Chase Bank USA, N.A. POB 29262 New York, NY 10087-9262 | Unsecured | | $0.00 | $8,524.58 | $8,524.58 |
| 19 300 7100 | PNC BANK PO BOX 94982 CLEVELAND, OHIO 44101 | Unsecured | | $0.00 | $10,833.25 | $10,833.25 |
| 20 300 7100 | CERASTES, LLC C O WEINSTEIN AND RILEY, PS 2001 WESTERN AVENUE, STE 400 SEATTLE, WA 98121 | Unsecured | | $0.00 | $15,779.77 | $15,779.77 |
| 21 300 7100 | eCAST Settlement Corporation, assignee of Chase Bank USA, N.A. POB 29262 New York, NY 10087-9262 | Unsecured | | $0.00 | $11,846.39 | $11,846.39 |
| 22 300 7100 | eCAST Settlement Corporation, assignee of Chase Bank USA, N.A. POB 29262 New York, NY 10087-9262 | Unsecured | | $0.00 | $8,771.30 | $8,771.30 |
| 23 300 7100 | eCAST Settlement Corporation, assignee of Chase Bank USA, N.A. POB 29262 New York, NY 10087-9262 | Unsecured | | $0.00 | $8,821.81 | $8,821.81 |
| 24 300 7100 | FSB American Express Bank c o Becket and Lee LLP POB 3001 Malvern, PA 19355-0701 | Unsecured | | $0.00 | $3,558.53 | $3,558.53 |
| 25 300 7100 | eCAST Settlement Corporation, assignee of Chase Bank USA, N.A. POB 29262 New York, NY 10087-9262 | Unsecured | | $0.00 | $19,357.98 | $19,357.98 |
| | Case Totals | | | $0.00 | $291,037.79 | $291,037.79 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

Page 3                                          Printed: May 27, 2015

UST Form 101-7-TFR (5/1/2011) *(Page: 11)*

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 1:13-02979-JSB                                                                                              Date: May 27, 2015
Debtor Name: JEFFREY W MARTENSEN
Claims Bar Date: 5/31/2013

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 13-02979
Case Name: JEFFREY W MARTENSEN
   JILL T MARTENSEN
Trustee Name: GREGG SZILAGYI

Balance on hand $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Gregg Szilagyi | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses     $_____

Remaining Balance     $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $     must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $         have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be     percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Nordstrom fsb | $ | $ | $ |
| 2 | Discover Bank | $ | $ | $ |
| 3 | Discover Bank | $ | $ | $ |
| 4 | N. A. Capital One Bank (USA) | $ | $ | $ |
| 5 | N. A. Capital One Bank (USA) | $ | $ | $ |
| 6 | US BANK N. A. | $ | $ | $ |
| 7 | N. A. FIA CARD SERVICES | $ | $ | $ |
| 8 | N. A. FIA CARD SERVICES | $ | $ | $ |
| 9 | N. A. FIA CARD SERVICES | $ | $ | $ |
| 10 | N. A. FIA CARD SERVICES | $ | $ | $ |
| 11 | American InfoSource LP as agent for | $ | $ | $ |
| 12 | E*Trade | $ | $ | $ |
| 13 | FSB American Express Bank | $ | $ | $ |
| 14 | American Express Centurion Bank | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 15 | American Express Centurion Bank | $ | $ | $ |
| 16 | eCAST Settlement Corporation, assignee | $ | $ | $ |
| 17 | eCAST Settlement Corporation, assignee | $ | $ | $ |
| 18 | eCAST Settlement Corporation, assignee | $ | $ | $ |
| 19 | PNC BANK | $ | $ | $ |
| 20 | CERASTES, LLC | $ | $ | $ |
| 21 | eCAST Settlement Corporation, assignee | $ | $ | $ |
| 22 | eCAST Settlement Corporation, assignee | $ | $ | $ |
| 23 | eCAST Settlement Corporation, assignee | $ | $ | $ |
| 24 | FSB American Express Bank | $ | $ | $ |
| 25 | eCAST Settlement Corporation, assignee | $ | $ | $ |

Total to be paid to timely general unsecured creditors        $_____

Remaining Balance        $_____

Tardily filed claims of general (unsecured) creditors totaling $     have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be     percent.

Tardily filed general (unsecured) claims are as follows:

NONE

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $      have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be      percent.

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE