# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| JEFFREY W MARTENSEN | § | Case No. 13-02979 |
| JILL T MARTENSEN | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that GREGG SZILAGYI, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

                  219 S. Dearborn Street
                  Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 08/04/2015 in Courtroom 615,

                  U.S. Bankrptcy Court
                  219 S. Dearborn Street
                  Chicago, IL 60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 07/02/2015                    By: /s/ Gregg Szilagyi
                                                              Trustee


*GREGG SZILAGYI*
*542 SOUTH DEARBORN STREET*
*SUITE 1400*
*CHICAGO, IL 60605*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
JEFFREY W MARTENSEN § Case No. 13-02979
JILL T MARTENSEN §
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 15,000.00 |
| and approved disbursements of | $ | 440.38 |
| leaving a balance on hand of[1] | $ | 14,559.62 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Gregg Szilagyi | $ 2,250.00 | $ 0.00 | $ 2,250.00 |
| Total to be paid for chapter 7 administrative expenses | | $ | 2,250.00 |
| Remaining Balance | | $ | 12,309.62 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

_____
[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 288,787.79 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 4.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Nordstrom fsb | $ 5,248.65 | $ 0.00 | $ 223.72 |
| 2 | Discover Bank | $ 6,713.07 | $ 0.00 | $ 286.15 |
| 3 | Discover Bank | $ 1,744.36 | $ 0.00 | $ 74.35 |
| 4 | N. A. Capital One Bank (USA) | $ 23,022.68 | $ 0.00 | $ 981.34 |
| 5 | N. A. Capital One Bank (USA) | $ 17,243.49 | $ 0.00 | $ 735.01 |
| 6 | US BANK N. A. | $ 20,303.26 | $ 0.00 | $ 865.43 |
| 7 | N. A. FIA CARD SERVICES | $ 21,524.27 | $ 0.00 | $ 917.48 |
| 8 | N. A. FIA CARD SERVICES | $ 14,988.45 | $ 0.00 | $ 638.88 |
| 9 | N. A. FIA CARD SERVICES | $ 9,026.32 | $ 0.00 | $ 384.75 |
| 10 | N. A. FIA CARD SERVICES | $ 24,941.35 | $ 0.00 | $ 1,063.13 |
| 11 | American InfoSource LP as agent for | $ 7,362.98 | $ 0.00 | $ 313.85 |
| 12 | E*Trade | $ 17,162.27 | $ 0.00 | $ 731.54 |
| 13 | FSB American Express Bank | $ 903.32 | $ 0.00 | $ 38.50 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 14 | American Express Centurion Bank | $ 1,757.78 | $ 0.00 | $ 74.93 |
| 15 | American Express Centurion Bank | $ 1,027.44 | $ 0.00 | $ 43.79 |
| 16 | eCAST Settlement Corporation, assignee | $ 14,311.25 | $ 0.00 | $ 610.02 |
| 17 | eCAST Settlement Corporation, assignee | $ 14,013.24 | $ 0.00 | $ 597.32 |
| 18 | eCAST Settlement Corporation, assignee | $ 8,524.58 | $ 0.00 | $ 363.36 |
| 19 | PNC BANK | $ 10,833.25 | $ 0.00 | $ 461.77 |
| 20 | CERASTES, LLC | $ 15,779.77 | $ 0.00 | $ 672.61 |
| 21 | eCAST Settlement Corporation, assignee | $ 11,846.39 | $ 0.00 | $ 504.95 |
| 22 | eCAST Settlement Corporation, assignee | $ 8,771.30 | $ 0.00 | $ 373.88 |
| 23 | eCAST Settlement Corporation, assignee | $ 8,821.81 | $ 0.00 | $ 376.03 |
| 24 | FSB American Express Bank | $ 3,558.53 | $ 0.00 | $ 151.68 |
| 25 | eCAST Settlement Corporation, assignee | $ 19,357.98 | $ 0.00 | $ 825.15 |

Total to be paid to timely general unsecured creditors   $   12,309.62

Remaining Balance   $   0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Gregg Szilagyi
                                        Trustee

GREGG SZILAGYI
542 SOUTH DEARBORN STREET
SUITE 1400
CHICAGO, IL  60605


**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                              Case No. 13-02979-JSB
Jeffrey W Martensen                                                 Chapter 7
Jill T Martensen
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: dwilliams              Page 1 of 2              Date Rcvd: Jul 06, 2015
                              Form ID: pdf006              Total Noticed: 32

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 08, 2015.
```
db/jdb         +Jeffrey W Martensen,    Jill T Martensen,    4425 N. Tripp Ave.,    Chicago, IL 60630-4207
19964979        ATT Universal,    PO Box 6500,    Sioux Falls, SD 57117-6500
19964975        American Express,    PO Box 981535,    El Paso, TX 79998-1535
19978932        American Express Bank FSB,    c/o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
20428364        American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
19964981       ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank of America,    PO Box 982235,    El Paso, TX 79998-2235)
19964985        Capital One,    PO Box 30285,    Salt Lake City, UT 84130-0285
20180418        Capital One Bank (USA), N.A.,    by American InfoSource LP as agent,    PO Box 71083,
                 Charlotte, NC  28272-1083
19964988       +Chase,    PO Box 24714,    Columbus, OH 43224-0714
19964987        Chase,    PO Box 78420,    Phoenix, AZ 85062-8420
19964989        Chase CMS,    PO Box 15298,    Wilmington, DE 19850-5298
19964996        Citi Cards,    PO Box 6500,    C/O Citi Corp,    Sioux Falls, SD 57117-6500
19964999       +ETrade,    PO Box 9206,    Old Bethpage, NY 11804-9006
20415902       +ETrade,    Pob 23356,    Pittsburgh PA 15222-6356
20327150        FIA CARD SERVICES, N.A.,    4161 Piedmont Parkway,    NC4 105 03 14,    Greensboro, NC 27410
20491557       +FedLoan Servicing,    Pob 69184,    Harrisburg PA 17106-9184
19965000       +Macy's,    PO Box 8066,    Mason, OH 45040-8066
20470728       +PNC BANK,    PO BOX 94982,    CLEVELAND, OHIO 44101-4982
19965005        PNC Bank,    PO Box 3429,    Pittsburgh, PA 15230-3429
19965004        PNC Bank,    PO Box 5570,    Cleveland, OH 44101-0570
19965002       +Paul & Sandra Radczenko,    PO Box 26383,    Christiansted, VI 00824-2383
19965006       +Target,    PO Box 9500,    Minneapolis, MN 55440-9500
20202018       ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
               (address filed with court: US BANK N.A.,    BANKRUPTCY DEPARTMENT,    P.O. BOX 5229,
                 CINCINNATI, OH 45201-5229)
19965009        Visa Black,    PO Box 8802,    Wilmington, DE 19899-8802
20436855        eCAST Settlement Corporation, assignee,    of Chase Bank USA, N.A.,    POB 29262,
                 New York, NY 10087-9262
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
20408410        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 07 2015 01:21:14
                 American InfoSource LP as agent for,    TD Bank, USA,    PO Box 248866,
                 Oklahoma City, OK  73124-8866
20475942       +E-mail/Text: bncmail@w-legal.com Jul 07 2015 01:25:14         CERASTES, LLC,
                 C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
19964998        E-mail/PDF: mrdiscen@discover.com Jul 07 2015 01:27:38         Discover Financial Services,
                 PO Box 30943,    Salt Lake City, UT 84130
20127406        E-mail/PDF: mrdiscen@discover.com Jul 07 2015 01:27:38         Discover Bank,
                 DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
19964997        E-mail/PDF: mrdiscen@discover.com Jul 07 2015 01:27:38         Discover Business,    PO Box 3023,
                 New Albany, OH 43054-3023
19965001       +E-mail/Text: bnc@nordstrom.com Jul 07 2015 01:24:22         Nordstrom Bank,    PO Box 6555,
                 Englewood, CO 80155-6555
20126321       +E-mail/Text: bnc@nordstrom.com Jul 07 2015 01:24:22         Nordstrom fsb,    P.O. Box 6566,
                 Englewood, CO 80155-6566
                                                                                                TOTAL: 7
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
19964980*       ATT Universal,    PO Box 6500,    Sioux Falls, SD 57117-6500
19964976*       American Express,    PO Box 981535,    El Paso, TX 79998-1535
19964977*       American Express,    PO Box 981535,    El Paso, TX 79998-1535
19964978*       American Express,    PO Box 981535,    El Paso, TX 79998-1535
20428363*       American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
20491056*       American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
20428365*       American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
19964982*      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank of America,    PO Box 982235,    El Paso, TX 79998-2235)
19964983*      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank of America,    PO Box 982235,    El Paso, TX 79998-2235)
19964984*      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank of America,    PO Box 982235,    El Paso, TX 79998-2235)
19964986*       Capital One,    PO Box 30285,    Salt Lake City, UT 84130-0285
19964990*       Chase CMS,    PO Box 15298,    Wilmington, DE 19850-5298
19964991*       Chase CMS,    PO Box 15298,    Wilmington, DE 19850-5298
19964992*       Chase CMS,    PO Box 15298,    Wilmington, DE 19850-5298
19964993*       Chase CMS,    Do Box 15298,    Wilmington, DE 19850-5298
19964994*       Chase CMS,    PO Box 15298,    Wilmington, DE 19850-5298
19964995*       Chase CMS,    PO Box 15298,    Wilmington, DE 19850-5298
19965003*      +Paul & Sandra Radczenko,    PO Box 26383,    Christiansted, VI 00824-2383
19965007*      ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
               (address filed with court: US Bank,    PO Box 6339,    Fargo, ND 58125-6339)
```

```
District/off: 0752-1           User: dwilliams              Page 2 of 2                  Date Rcvd: Jul 06, 2015
                               Form ID: pdf006              Total Noticed: 32


            ***** BYPASSED RECIPIENTS (continued) *****
19965008*      ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
               (address filed with court:   US Bank,    PO Box 6339,    Fargo, ND 58125-6339)
20436856*        eCAST Settlement Corporation, assignee,    of Chase Bank USA, N.A.,    POB 29262,
                 New York, NY 10087-9262
20459545*        eCAST Settlement Corporation, assignee,    of Chase Bank USA, N.A.,    POB 29262,
                 New York, NY 10087-9262
20478077*        eCAST Settlement Corporation, assignee,    of Chase Bank USA, N.A.,    POB 29262,
                 New York, NY 10087-9262
20478078*        eCAST Settlement Corporation, assignee,    of Chase Bank USA, N.A.,    POB 29262,
                 New York, NY 10087-9262
20489843*        eCAST Settlement Corporation, assignee,    of Chase Bank USA, N.A.,    POB 29262,
                 New York, NY 10087-9262
20522972*        eCAST Settlement Corporation, assignee,    of Chase Bank USA, N.A.,    POB 29262,
                 New York, NY 10087-9262
                                                                                               TOTALS: 0, * 26, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 08, 2015                                 Signature:  /s/Joseph Speetjens

___

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 2, 2015 at the address(es) listed below:
              Danielle M Blondin    on behalf of Debtor Jeffrey W Martensen attorneyblondin@gmail.com,
               dblond@gmail.com
              Danielle M Blondin    on behalf of Joint Debtor Jill T Martensen attorneyblondin@gmail.com,
               dblond@gmail.com
              Gregg  Szilagyi    gs@tailserv.com, gszilagyi@ecf.epiqsystems.com;gszilagyi@epiqtrustee.com
              Gregg  Szilagyi    on behalf of Trustee Gregg  Szilagyi gs@tailserv.com,
               gszilagyi@ecf.epiqsystems.com;gszilagyi@epiqtrustee.com
              Kimberly  Bacher    on behalf of U.S. Trustee Patrick S Layng USTPRegion11.es.ecf@usdoj.gov,
               kimberly.bacher@usdoj.gov;kimberlyabacher@hotmail.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 6
```