# UNITED STATES BANKRUPTCY COURT
## NORTHERN **DISTRICT OF** ILLINOIS
### EASTERN **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| JEFFREY W MARTENSEN | § | Case No. 13-02979 |
| JILL T MARTENSEN | § | |
| | § | |
| Debtors | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

GREGG SZILAGYI, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: 264,146.00          Assets Exempt: 63,700.00
*(Without deducting any secured claims)*

Total Distributions to Claimants:  12,309.62          Claims Discharged
                                                      Without Payment:  689,460.71

Total Expenses of Administration:  2,690.38

3) Total gross receipts of $ 15,000.00  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 15,000.00  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ NA | $ NA | $ NA |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 2,690.38 | 2,690.38 | 2,690.38 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 412,251.00 | 289,519.33 | 289,519.33 | 12,309.62 |
| **TOTAL DISBURSEMENTS** | $ 412,251.00 | $ 292,209.71 | $ 292,209.71 | $ 15,000.00 |

4)  This case was originally filed under chapter 7 on  01/25/2013 .  The case was pending for 34 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  11/17/2015                        By:/s/GREGG SZILAGYI
                                                                      Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2006 Jeep Commander | 1129-000 | 9,100.00 |
| 2008 Harley Davidson | 1129-000 | 5,900.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 15,000.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| **TOTAL SECURED CLAIMS** | | | **$ NA** | **$ NA** | **$ NA** | **$ NA** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Gregg Szilagyi | 2100-000 | NA | 2,250.00 | 2,250.00 | 2,250.00 |
| Gregg Szilagyi | 2200-000 | NA | 0.00 | 0.00 | 0.00 |
| Associated Bank | 2600-000 | NA | 440.38 | 440.38 | 440.38 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 2,690.38 | $ 2,690.38 | $ 2,690.38 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | American Express PO Box 981535 El Paso, TX 79998-1535 | | 1,028.00 | NA | NA | 0.00 |
| | American Express PO Box 981535 El Paso, TX 79998-1535 | | 1,758.00 | NA | NA | 0.00 |
| | American Express PO Box 981535 El Paso, TX 79998-1535 | | 3,559.00 | NA | NA | 0.00 |
| | American Express PO Box 981535 El Paso, TX 79998-1535 | | 904.00 | NA | NA | 0.00 |
| | ATT Universal PO Box 6500 Sioux Falls, SD 57117-6500 | | 25,097.00 | NA | NA | 0.00 |
| | ATT Universal PO Box 6500 Sioux Falls, SD 57117-6500 | | 12,017.00 | NA | NA | 0.00 |
| | Bank of America PO Box 982235 El Paso, TX 79998-2235 | | 14,989.00 | NA | NA | 0.00 |
| | Bank of America PO Box 982235 El Paso, TX 79998-2235 | | 21,525.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank of America PO Box 982235 El Paso, TX 79998-2235 | | 9,184.00 | NA | NA | 0.00 |
| | Bank of America PO Box 982235 El Paso, TX 79998-2235 | | 24,942.00 | NA | NA | 0.00 |
| | Capital One PO Box 30285 Salt Lake City, UT 84130-0285 | | 22,988.00 | NA | NA | 0.00 |
| | Capital One PO Box 30285 Salt Lake City, UT 84130-0285 | | 16,988.00 | NA | NA | 0.00 |
| | Chase CMS PO Box 15298 Wilmington, DE 19850-5298 | | 11,593.00 | NA | NA | 0.00 |
| | Chase CMS PO Box 15298 Wilmington, DE 19850-5298 | | 8,822.00 | NA | NA | 0.00 |
| | Chase CMS PO Box 15298 Wilmington, DE 19850-5298 | | 19,143.00 | NA | NA | 0.00 |
| | Chase CMS PO Box 15298 Wilmington, DE 19850-5298 | | 8,772.00 | NA | NA | 0.00 |
| | Chase CMS PO Box 15298 Wilmington, DE 19850-5298 | | 13,804.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase CMS PO Box 15298 Wilmington, DE 19850-5298 | | 8,407.00 | NA | NA | 0.00 |
| | Chase CMS PO Box 15298 Wilmington, DE 19850-5298 | | 14,128.00 | NA | NA | 0.00 |
| | Chase PO Box 24714 Columbus, OH 43224 | | 14,962.00 | NA | NA | 0.00 |
| | Citi Cards PO Box 6500 C/O Citi Corp Sioux Falls, SD 57117-6500 | | 11,044.00 | NA | NA | 0.00 |
| | Discover Business PO Box 3023 New Albany, OH 43054-3023 | | 1,625.00 | NA | NA | 0.00 |
| | Discover Financial Services PO Box 30943 Salt Lake City, UT 84130 | | 6,545.00 | NA | NA | 0.00 |
| | E*Trade PO Box 9206 Old Bethpage, NY 11804-9206 | | 18,769.00 | NA | NA | 0.00 |
| | FedLoan Servicing PO Box 69184 Harrisburg, PA 17106-9184 | | 49,184.00 | NA | NA | 0.00 |
| | Macy's PO Box 8066 Mason, OH 45040 | | 2,263.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Nordstrom Bank PO Box 6555 Englewood, CO 80155 | | 5,131.00 | NA | NA | 0.00 |
| | PNC Bank PO Box 3429 Pittsburgh, PA 15230-3429 | | 10,482.00 | NA | NA | 0.00 |
| | Target PO Box 9500 Minneapolis, MN 55440 | | 7,363.00 | NA | NA | 0.00 |
| | US Bank PO Box 6339 Fargo, ND 58125-6339 | | 10,222.00 | NA | NA | 0.00 |
| | US Bank PO Box 6339 Fargo, ND 58125-6339 | | 19,990.00 | NA | NA | 0.00 |
| | Visa Black PO Box 8802 Wilmington, DE 19899-8802 | | 15,023.00 | NA | NA | 0.00 |
| 14 | American Express Centurion Bank | 7100-000 | NA | 1,757.78 | 1,757.78 | 74.93 |
| 15 | American Express Centurion Bank | 7100-000 | NA | 1,027.44 | 1,027.44 | 43.79 |
| 11 | American InfoSource LP as agent for | 7100-000 | NA | 7,362.98 | 7,362.98 | 313.85 |
| 20 | CERASTES, LLC | 7100-000 | NA | 15,779.77 | 15,779.77 | 672.61 |
| | Clerk of the U. S. Bankruptcy Court | 7100-000 | NA | 731.54 | 731.54 | 731.54 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | Discover Bank | 7100-000 | NA | 1,744.36 | 1,744.36 | 74.35 |
| 2 | Discover Bank | 7100-000 | NA | 6,713.07 | 6,713.07 | 286.15 |
| 12 | E*Trade | 7100-000 | NA | 17,162.27 | 17,162.27 | 0.00 |
| 16 | eCAST Settlement Corporation, assignee | 7100-000 | NA | 14,311.25 | 14,311.25 | 610.02 |
| 17 | eCAST Settlement Corporation, assignee | 7100-000 | NA | 14,013.24 | 14,013.24 | 597.32 |
| 18 | eCAST Settlement Corporation, assignee | 7100-000 | NA | 8,524.58 | 8,524.58 | 363.36 |
| 21 | eCAST Settlement Corporation, assignee | 7100-000 | NA | 11,846.39 | 11,846.39 | 504.95 |
| 22 | eCAST Settlement Corporation, assignee | 7100-000 | NA | 8,771.30 | 8,771.30 | 373.88 |
| 23 | eCAST Settlement Corporation, assignee | 7100-000 | NA | 8,821.81 | 8,821.81 | 376.03 |
| 25 | eCAST Settlement Corporation, assignee | 7100-000 | NA | 19,357.98 | 19,357.98 | 825.15 |
| 24 | FSB American Express Bank | 7100-000 | NA | 3,558.53 | 3,558.53 | 151.68 |
| 13 | FSB American Express Bank | 7100-000 | NA | 903.32 | 903.32 | 38.50 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 4 | N. A. Capital One Bank (USA) | 7100-000 | NA | 23,022.68 | 23,022.68 | 981.34 |
| 5 | N. A. Capital One Bank (USA) | 7100-000 | NA | 17,243.49 | 17,243.49 | 735.01 |
| 10 | N. A. FIA CARD SERVICES | 7100-000 | NA | 24,941.35 | 24,941.35 | 1,063.13 |
| 7 | N. A. FIA CARD SERVICES | 7100-000 | NA | 21,524.27 | 21,524.27 | 917.48 |
| 8 | N. A. FIA CARD SERVICES | 7100-000 | NA | 14,988.45 | 14,988.45 | 638.88 |
| 9 | N. A. FIA CARD SERVICES | 7100-000 | NA | 9,026.32 | 9,026.32 | 384.75 |
| 1 | Nordstrom fsb | 7100-000 | NA | 5,248.65 | 5,248.65 | 223.72 |
| 19 | PNC BANK | 7100-000 | NA | 10,833.25 | 10,833.25 | 461.77 |
| 6 | US BANK N. A. | 7100-000 | NA | 20,303.26 | 20,303.26 | 865.43 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 412,251.00 | $ 289,519.33 | $ 289,519.33 | $ 12,309.62 |

FORM 1
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| | |
|---|---|
| Case No: | 13-02979 |
| Case Name: | JEFFREY W MARTENSEN |
| | JILL T MARTENSEN |
| For Period Ending: | 11/17/2015 |

JSB   Judge:   Janet S. Baer

| | |
|---|---|
| Trustee Name: | GREGG SZILAGYI |
| Date Filed (f) or Converted (c): | 01/25/2013 (f) |
| 341(a) Meeting Date: | 02/25/2013 |
| Claims Bar Date: | 05/31/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1.  4425 N. Tripp Ave. Chicago IL 60630 | 290,460.00 | 0.00 | | 0.00 | FA |
| 2.  Saving account with Ally | 12.00 | 12.00 | | 0.00 | FA |
| 3.  Savings account at Chase | 10.00 | 10.00 | | 0.00 | FA |
| 4.  Checking Account at Chase | 46.00 | 46.00 | | 0.00 | FA |
| 5.  Checking account at Chase | 118.00 | 118.00 | | 0.00 | FA |
| 6.  Misc. household goods and furniture | 2,000.00 | 2,000.00 | | 0.00 | FA |
| 7.  Used clothing | 2,000.00 | 0.00 | | 0.00 | FA |
| 8.  Jewelry, wedding ring | 9,500.00 | 1,500.00 | | 0.00 | FA |
| 9.  Life Insurance Policy through Allstate, no cash surrender va | 0.00 | 0.00 | | 0.00 | FA |
| 10. CHX Fidelity Retirement Account | 374.00 | 0.00 | | 0.00 | FA |
| 11. TradeStation Securities, SEP-IRA | 21,826.00 | 0.00 | | 0.00 | FA |
| 12. No tax refund is expected for 2012 | 0.00 | 0.00 | | 0.00 | FA |
| 13. 2008 Harley Davidson | 9,950.00 | 0.00 | | 5,900.00 | FA |
| 14. 2006 Jeep Commander | 11,500.00 | 0.00 | | 9,100.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)   $347,796.00   $3,686.00   $15,000.00   $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

THIS CASE IS READY TO BE CLOSED AND A TFR WILL BE FILED IN 1Q 2015

Exhibit 8

Initial Projected Date of Final Report (TFR): 12/31/2013    Current Projected Date of Final Report (TFR): 11/01/2014

FORM 2

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: 13-02979 | Trustee Name: GREGG SZILAGYI | Exhibit 9 |
|---|---|---|
| Case Name: JEFFREY W MARTENSEN | Bank Name: Associated Bank | |
| JILL T MARTENSEN | Account Number/CD#: XXXXXX0872 | |
| | CHECKING ACCOUNT | |
| Taxpayer ID No: XX-XXX8045 | Blanket Bond (per case limit): $5,000,000.00 | |
| For Period Ending: 11/17/2015 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/20/13 | 14 | MARTENSEN, JEFFREY W 4425 N. TRIPP AVE. CHICAGO, IL 60630 | JEEP SALE PROCEEDS | 1129-000 | $9,100.00 | | $9,100.00 |
| 08/20/13 | 13 | MARTENSEN, JEFFREY W 4425 N. TRIPP AVE. CHICAGO, IL 60630 | HARLEY SALE PROCEEDS | 1129-000 | $5,900.00 | | $15,000.00 |
| 09/09/13 | | Associated Bank | Technology Fee | 2600-000 | | $10.00 | $14,990.00 |
| 10/07/13 | | Associated Bank | Technology Fee | 2600-000 | | $21.56 | $14,968.44 |
| 11/07/13 | | Associated Bank | Technology Fee | 2600-000 | | $22.25 | $14,946.19 |
| 12/06/13 | | Associated Bank | Technology Fee | 2600-000 | | $21.50 | $14,924.69 |
| 01/08/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $22.19 | $14,902.50 |
| 02/07/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $22.16 | $14,880.34 |
| 03/07/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $19.98 | $14,860.36 |
| 04/07/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $22.09 | $14,838.27 |
| 05/07/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $21.35 | $14,816.92 |
| 06/06/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $22.03 | $14,794.89 |
| 07/08/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $21.29 | $14,773.60 |

Page Subtotals:                                                  $15,000.00          $226.40

## FORM 2
### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: 13-02979 | Trustee Name: GREGG SZILAGYI |
| Case Name: JEFFREY W MARTENSEN | Bank Name: Associated Bank |
| JILL T MARTENSEN | Account Number/CD#: XXXXXX0872 |
| | CHECKING ACCOUNT |
| Taxpayer ID No: XX-XXX8045 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 11/17/2015 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/07/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $21.97 | $14,751.63 |
| 09/08/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $21.93 | $14,729.70 |
| 10/07/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $21.19 | $14,708.51 |
| 11/07/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $21.87 | $14,686.64 |
| 12/05/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $21.13 | $14,665.51 |
| 01/08/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $21.80 | $14,643.71 |
| 02/06/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $21.77 | $14,621.94 |
| 03/06/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $19.63 | $14,602.31 |
| 04/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $21.71 | $14,580.60 |
| 05/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $20.98 | $14,559.62 |
| 08/11/15 | 1000 | Gregg Szilagyi 542 South Dearborn Street Suite 1060 Chicago, Illinois 60605 | Final distribution representing a payment of 100.00 % per court order. | 2100-000 | | $2,250.00 | $12,309.62 |
| 08/11/15 | 1001 | Nordstrom fsb P.O. Box 6566 Englewood, CO 80155 | Final distribution to claim 1 representing a payment of 4.26 % per court order. | 7100-000 | | $223.72 | $12,085.90 |

| | | |
|---|---|---|
| Page Subtotals: | $0.00 | $2,687.70 |

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: 13-02979 | | Trustee Name: GREGG SZILAGYI | | | Exhibit 9 |
|---|---|---|---|---|---|
| Case Name: JEFFREY W MARTENSEN | | Bank Name: Associated Bank | | | |
| JILL T MARTENSEN | | Account Number/CD#: XXXXXX0872 | | | |
| | | CHECKING ACCOUNT | | | |
| Taxpayer ID No: XX-XXX8045 | | Blanket Bond (per case limit): $5,000,000.00 | | | |
| For Period Ending: 11/17/2015 | | Separate Bond (if applicable): | | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/11/15 | 1002 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH  43054-3025 | Final distribution to claim 2 representing a payment of 4.26 % per court order. | 7100-000 | | $286.15 | $11,799.75 |
| 08/11/15 | 1003 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH  43054-3025 | Final distribution to claim 3 representing a payment of 4.26 % per court order. | 7100-000 | | $74.35 | $11,725.40 |
| 08/11/15 | 1004 | N. A. Capital One Bank (USA)<br>by American InfoSource LP as agent<br>PO Box 71083<br>Charlotte, NC  28272-1083 | Final distribution to claim 4 representing a payment of 4.26 % per court order. | 7100-000 | | $981.34 | $10,744.06 |
| 08/11/15 | 1005 | N. A. Capital One Bank (USA)<br>by American InfoSource LP as agent<br>PO Box 71083<br>Charlotte, NC  28272-1083 | Final distribution to claim 5 representing a payment of 4.26 % per court order. | 7100-000 | | $735.01 | $10,009.05 |
| 08/11/15 | 1006 | US BANK N. A.<br>BANKRUPTCY DEPARTMENT<br>P.O. BOX 5229<br>CINCINNATI, OH  45201-5229 | Final distribution to claim 6 representing a payment of 4.26 % per court order. | 7100-000 | | $865.43 | $9,143.62 |
| 08/11/15 | 1007 | N. A. FIA CARD SERVICES<br>4161 Piedmont Parkway<br>NC4 105 03 14<br>Greensboro, NC  27410 | Final distribution to claim 7 representing a payment of 4.26 % per court order. | 7100-000 | | $917.48 | $8,226.14 |
| 08/11/15 | 1008 | N. A. FIA CARD SERVICES<br>4161 Piedmont Parkway<br>NC4 105 03 14<br>Greensboro, NC  27410 | Final distribution to claim 8 representing a payment of 4.26 % per court order. | 7100-000 | | $638.88 | $7,587.26 |
| 08/11/15 | 1009 | N. A. FIA CARD SERVICES<br>4161 Piedmont Parkway<br>NC4 105 03 14<br>Greensboro, NC  27410 | Final distribution to claim 9 representing a payment of 4.26 % per court order. | 7100-000 | | $384.75 | $7,202.51 |
| 08/11/15 | 1010 | N. A. FIA CARD SERVICES<br>4161 Piedmont Parkway<br>NC4 105 03 14<br>Greensboro, NC  27410 | Final distribution to claim 10 representing a payment of 4.26 % per court order. | 7100-000 | | $1,063.13 | $6,139.38 |

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: 13-02979 | | Trustee Name: GREGG SZILAGYI |
| Case Name: JEFFREY W MARTENSEN | | Bank Name: Associated Bank |
| JILL T MARTENSEN | | Account Number/CD#: XXXXXX0872 |
| | | CHECKING ACCOUNT |
| Taxpayer ID No: XX-XXX8045 | | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 11/17/2015 | | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/11/15 | 1011 | American InfoSource LP as agent for TD Bank, USA PO Box 248866 Oklahoma City, OK  73124-8866 | Final distribution to claim 11 representing a payment of 4.26 % per court order. | 7100-000 | | $313.85 | $5,825.53 |
| 08/11/15 | 1012 | E*Trade Pob 23356 Pittsburgh, PA  15222 | Final distribution to claim 12 representing a payment of 4.26 % per court order. [Check # 1012 was reversed on 10/08/15] | 7100-000 | | $731.54 | $5,093.99 |
| 08/11/15 | 1013 | FSB American Express Bank c o Becket and Lee LLP POB 3001 Malvern, PA  19355-0701 | Final distribution to claim 13 representing a payment of 4.26 % per court order. | 7100-000 | | $38.50 | $5,055.49 |
| 08/11/15 | 1014 | American Express Centurion Bank c o Becket and Lee LLP POB 3001 Malvern, PA  19355-0701 | Final distribution to claim 14 representing a payment of 4.26 % per court order. | 7100-000 | | $74.93 | $4,980.56 |
| 08/11/15 | 1015 | American Express Centurion Bank c o Becket and Lee LLP POB 3001 Malvern, PA  19355-0701 | Final distribution to claim 15 representing a payment of 4.26 % per court order. | 7100-000 | | $43.79 | $4,936.77 |
| 08/11/15 | 1016 | eCAST Settlement Corporation, assignee of Chase Bank USA, N.A. POB 29262 New York, NY  10087-9262 | Final distribution to claim 16 representing a payment of 4.26 % per court order. | 7100-000 | | $610.02 | $4,326.75 |
| 08/11/15 | 1017 | eCAST Settlement Corporation, assignee of Chase Bank USA, N.A. POB 29262 New York, NY  10087-9262 | Final distribution to claim 17 representing a payment of 4.26 % per court order. | 7100-000 | | $597.32 | $3,729.43 |
| 08/11/15 | 1018 | eCAST Settlement Corporation, assignee of Chase Bank USA, N.A. POB 29262 New York, NY  10087-9262 | Final distribution to claim 18 representing a payment of 4.26 % per court order. | 7100-000 | | $363.36 | $3,366.07 |
| 08/11/15 | 1019 | PNC BANK PO BOX 94982 CLEVELAND, OHIO  44101 | Final distribution to claim 19 representing a payment of 4.26 % per court order. | 7100-000 | | $461.77 | $2,904.30 |

| | Page Subtotals: | $0.00 | $3,235.08 |

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: 13-02979 | Trustee Name: GREGG SZILAGYI | Exhibit 9 |
|---|---|---|
| Case Name: JEFFREY W MARTENSEN | Bank Name: Associated Bank | |
| JILL T MARTENSEN | Account Number/CD#: XXXXXX0872 | |
| | CHECKING ACCOUNT | |
| Taxpayer ID No: XX-XXX8045 | Blanket Bond (per case limit): $5,000,000.00 | |
| For Period Ending: 11/17/2015 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/11/15 | 1020 | CERASTES, LLC C O WEINSTEIN AND RILEY, PS 2001 WESTERN AVENUE, STE 400 SEATTLE, WA  98121 | Final distribution to claim 20 representing a payment of 4.26 % per court order. | 7100-000 | | $672.61 | $2,231.69 |
| 08/11/15 | 1021 | eCAST Settlement Corporation, assignee of Chase Bank USA, N.A. POB 29262 New York, NY  10087-9262 | Final distribution to claim 21 representing a payment of 4.26 % per court order. | 7100-000 | | $504.95 | $1,726.74 |
| 08/11/15 | 1022 | eCAST Settlement Corporation, assignee of Chase Bank USA, N.A. POB 29262 New York, NY  10087-9262 | Final distribution to claim 22 representing a payment of 4.26 % per court order. | 7100-000 | | $373.88 | $1,352.86 |
| 08/11/15 | 1023 | eCAST Settlement Corporation, assignee of Chase Bank USA, N.A. POB 29262 New York, NY  10087-9262 | Final distribution to claim 23 representing a payment of 4.26 % per court order. | 7100-000 | | $376.03 | $976.83 |
| 08/11/15 | 1024 | FSB American Express Bank c o Becket and Lee LLP POB 3001 Malvern, PA  19355-0701 | Final distribution to claim 24 representing a payment of 4.26 % per court order. | 7100-000 | | $151.68 | $825.15 |
| 08/11/15 | 1025 | eCAST Settlement Corporation, assignee of Chase Bank USA, N.A. POB 29262 New York, NY  10087-9262 | Final distribution to claim 25 representing a payment of 4.26 % per court order. | 7100-000 | | $825.15 | $0.00 |
| 10/08/15 | 1012 | E*Trade Pob 23356 Pittsburgh, PA  15222 | Final distribution to claim 12 representing a payment of 4.26 % per court order. Reversal UNCLAIMED FUNDS | 7100-000 | | ($731.54) | $731.54 |
| 10/08/15 | 1026 | Clerk of the U. S. Bankruptcy Court 219 S. Dearborn Street Chicago, Il 60604 | Unclaimed Funds e*TRADE | 7100-000 | | $731.54 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $15,000.00 | $15,000.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $15,000.00 | $15,000.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Page Subtotals: | $0.00 | $2,904.30 |

Case 13-02979    Doc 38    Filed 12/11/15    Entered 12/11/15 10:48:47    Desc Main
Document        Page 18 of 19

$15,000.00        $15,000.00

Exhibit 9

Page Subtotals:                                    $0.00            $0.00

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0872 - CHECKING ACCOUNT | $15,000.00 | $15,000.00 | $0.00 |
| | $15,000.00 | $15,000.00 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $15,000.00 |
| Total Gross Receipts: | $15,000.00 |